IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:22CR153 |
| v. | § | Judge Jordan |
| | § | |
| JASON CROSS (1) | § | |

## ELEMENTS OF THE OFFENSE

You are charged in Count One of the Indictment with a violation of 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud. The essential elements which must be proven to establish the offense are as follows:

**First**: That you agreed with one or more persons to commit wire fraud;

**Second**: That you knew the unlawful purpose of the agreement; and;

**Third**: That you joined the agreement with the intent to further the unlawful purpose.

The underlying elements of object of the conspiracy, Wire Fraud (18 U.S.C. § 1343), are as follows:

*First*: That defendant devised a scheme to defraud or to obtain money or property by materially false or fraudulent pretenses, representations or promises (or willfully participated in such a scheme with knowledge of its fraudulent nature)

*Second*: That defendant acted with the intent to defraud; and

*Third*: That in advancing, furthering, or carrying out the scheme, defendant transmitted any writing, signal, or sound by means of a wire, radio, or television communication in interstate commerce or caused the transmission of any writing, signal, or sound of some kind by means of a wire, radio, or television communication in interstate commerce.

        Respectfully submitted,

        DAMIEN M. DIGGS
        UNITED STATES ATTORNEY

        */s/ Anand Varadarajan*
        ANAND VARADARAJAN
        Assistant United States Attorney
        Texas State Bar No. 24088576
        101 East Park Boulevard, Suite 500
        Plano, Texas 75074
        972-509-1201
        Fax: 972-509-1209
        Email:  anand.varadarajan@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document has been served on counsel for the defendant via electronic filing on this July 17, 2023.

        */s/ Anand Varadarajan*
        ANAND VARADARAJAN