IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:22CR153 |
| | § | Judge Schroeder |
| JASON CROSS | § | |

# UNITED STATES' SENTENCING MEMORANDUM

The United States of America, by and through the United States Attorney for the Eastern District of Texas, hereby submits this Sentencing Memorandum and respectfully shows the Court as follows:

The defendant, Jason Cross, was charged in an investment fraud scheme related to a purportedly lucrative hemp and CBD business, through which he fraudulently obtained at least $700,000 from victim investors. The defendant has pleaded guilty to Count One of the Indictment, which charged a violation of 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud. The Presentence Investigation Report (PSR) determined the total offense level is 16; the criminal history category is I; and the guideline provisions are between 21 and 27 months.

The Government agrees with the PSR's calculations and its overview of the offense conduct. The Government does not, however, agree with the defendant's request for a sentence of probation, given the nature of the defendant's conduct, the number of victim investors, and the loss amount at issue. This is a serious case with significant losses for individuals, who, in all likelihood, will never recoup the money they lost to the defendants'

fraud scheme. Moreover, a sentence of probation would be unfair to co-defendant Elfrank, who pleaded guilty first, cooperated, and received a sentence of 27 months before Cross even pleaded guilty. The government appreciates the reasons set forth in the defendant's sentencing memorandum but posits that a non-custodial sentence would be inappropriate. As such, the Government submits that a custodial sentence at the low end of the guidelines would be sufficient, but not greater than necessary, to accomplish the sentencing goals set forth in 18 U.S.C. § 3553.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Anand Varadarajan*
Anand Varadarajan
Assistant United States Attorney
Texas State Bar No. 24088576
101 East Park Boulevard, Suite 500
Plano, Texas 75074
(972) 509-1201
Email: anand.varadarajan@usdoj.gov

## CERTIFICATE OF SERVICE

I certify a true and correct copy of this filing was served on defense counsel by electronic filing (CM/ECF) on this 4th day of December 2024.

*/s/ Anand Varadarajan*
Anand Varadarajan